IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BROAD STREET BAPTIST CHURCH, INC., <br>          Plaintiff, <br> v. <br><br> CHURCH MUTUAL INSURANCE COMPANY, <br><br>          Defendant. | Civil Action File No: |

## NOTICE OF REMOVAL

NOW COMES Defendant, Church Mutual Insurance Company, a foreign company ("Church Mutual"), and pursuant to 28 U.S.C. 1446 gives notice as follows:

1.

Church Mutual is the Defendant in a civil action brought in Superior Court of Franklin County, which is within the Athens Division of the United States District Court for the Middle District of Georgia.

2.

Plaintiff Broad Street Baptist Church, Inc. ("Iron City") is a Georgia corporation with its principal place of business in Hawkinsville, Georgia.

3.

Defendant Church Mutual is a corporation organized and existing under the laws of the State of Wisconsin with its principal place of business in the State of Wisconsin, as it was at the commencement of the said Civil Action and as it has been thereafter, and at no time has it been organized and existing under the laws of the State of Georgia, nor at any time has its principal

place of business been located in the State of Georgia.

5.

This case is a suit for the alleged breach of an insurance contract, seeking alleged damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

6.

Defendant Church Mutual shows that the amount in controversy in this case exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs which is supported by the fact that Plaintiff's prayer for relief of no less than $1,600,000.00. [Complaint, p. 9]. This action is wholly between citizens of different states. This Court thus has original jurisdiction under 28 U.S.C. 1332 and, accordingly, this case may be removed to this Court pursuant to 28 U.S.C. 1441(a).

7.

Defendant Church Mutual shows that this case was filed on January 17, 2021, in the Superior Court of Franklin County, and Defendant Church Mutual was served with the Summons and Complaint on March 8, 2021. Defendant Church Mutual shows that this Notice of Removal is filed within thirty (30) days from the date of service on Defendant.

8.

Defendant Church Mutual attaches hereto copies of the entire record in Superior Court of Franklin County, as served upon Defendant.

9.

Defendant Church Mutual has given written notice of the filing of this Notice to the Plaintiff by notifying its attorneys of record, Ralph J. Villani. Defendant Church Mutual has filed a written notice with the Clerk of Superior Court of Franklin, a copy of which is attached.

10.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

Respectfully submitted,

DREW, ECKL & FARNHAM, LLP

 /s/Eric R. Mull
Eric R. Mull
Georgia Bar No.  556860
Katelyn E. Fischer
Georgia Bar No. 491302
*Attorneys for Defendant*

235 Peachtree St., NE, Ste. 1900
Atlanta, Georgia  30303
(404) 885-1400
(404) 876-0992 (fax)
emull@deflaw.com

11438364/1
00120-148118

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **IRON CITY BAPTIST CHURCH INC.,** )<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>**CHURCH MUTUAL INSURANCE** )<br>**COMPANY, a foreign company.** )<br>)<br>**Defendant.** ) | **Civil Action File No:** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the within and foregoing **NOTICE OF REMOVAL** was served on all counsel of record using the CM/ECF system, which will send e-mail notification to the attorneys of record:

> Ralph J. Villani
> Villani Law Firm
> 821 Dawsonville Hwy., Suite 250-333
> Gainesville, GA 30501-2634
> ralphjvillani@gmail.com

This 7th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　/s/Eric R. Mull
　　　　　　　　　　　　　　　　　　　　Eric R. Mull
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 556860
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

235 Peachtree St., NE, Ste. 1900
Atlanta, Georgia  30303
(404) 885-1400
(404) 876-0992 (fax)
emull@deflaw.com
11438364/1
00120-148118