IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BROAD STREET BAPTIST CHURCH, INC., | * |
| Plaintiff, | * |
| v. | Case No.  3:21-CV-35-CDL |
| | * |
| CHURCH MUTUAL INSURANCE COMPANY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 23, 2021, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Franklin County, Georgia.

This 23rd day of April, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk